IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| ADAM HOWELL and KIMBERLY HOWELL, Individually and As Natural Parents of GREYSON HOWELL, minor,<br><br>　　Plaintiffs,<br><br>v.<br><br>3676111 CANADA, INC., d/b/a RPM TRANSIT,<br><br>　　Defendants. | Civil Action No: _____ |

## NOTICE OF REMOVAL

Pursuant to the provisions of 28 U.S.C. §§ 1441, 1446, and 1332, Defendant 3676111 Canada, Inc., d/b/a RPM Transit ("RPM") hereby gives notice of the removal of the case styled as *Adam Howell and Kimberly Howell, Individually and As Natural Parents of Greyson Howell, minor v. 3676111 Canada, Inc., d/b/a RPM Transit*, Civil Action File No. 21SV0173E, pending in the State Court of Coweta

County, Georgia to this Court.[1]  As grounds for removal, RPM provides the following short and plain statement required by 28 U.S.C. § 1446(a).

I. **Introduction.**

1. Plaintiffs instituted this civil action in the State Court of Coweta County, Georgia, on April 12, 2021.

2. According to an Affidavit of Service filed on May 5, 2021, a court-appointed process server served RPM on May 3, 2021, by leaving a copy with Jelson Gonzalez at the home of Jason Gonzalez, the alleged registered agent for service of process for RPM.

3. Removal is proper in this case because there is diversity of citizenship among the parties pursuant to 28 U.S.C. § 1332.

II. **Factual Background.**

4. Plaintiffs Adam Howell and Kimberly Howell are married and are the parents of Greyson Howell, a minor.  Plaintiffs are residents of Coweta County, residing in Senoia, Georgia.

5. Plaintiffs allege that on January 31, 2020, Plaintiff Adam Howell was stopped at a red light at the intersection of Broad Street and Highway 16 in Coweta

---

[1] Pursuant to 28 U.S.C. § 1446(a), a copy of the process, pleadings, and orders served on RPM in this matter are attached hereto as Exhibit A, along with a copy of the Coweta County State Court's docket sheet.

County, Georgia.  Plaintiffs allege that an employee or agent of RPM was operating a tractor-trailer, attempting to make a left-hand turn from Highway 16 onto Broad Street.  Plaintiffs allege the driver, Guggisberg, misjudged his clearance and struck Plaintiffs' vehicle, causing Plaintiffs' vehicle to be pushed into another vehicle.  Plaintiffs allege Guggisberg was in the course and scope of his work with RPM Transport at the time of this incident.  Plaintiffs' Complaint includes multiple theories of recovery: negligence as to Guggisberg, vicarious liability of RPM, negligent hiring, and negligent entrustment.

6. Plaintiffs allege that Adam Howell and Greyson Howell suffered injuries as a result of this incident.  Further, Plaintiffs allege Kimberly Howell has suffered a loss of consortium with her husband, Adam Howell.  Plaintiffs seek damages for their injuries, including but not limited to, past and future economic damages, past and future pain and suffering, past and future inconvenience, emotional distress, mental anguish, and loss of enjoyment of life.  Plaintiff Kimberly Howell seeks damages for a loss of consortium.

**III.   Removal is Proper Based Upon Diversity of Citizenship.**

7. Removal is proper in this case because this Court has original jurisdiction pursuant to 28 U.S.C. § 1332.

8. Plaintiffs are residents of the State of Georgia, residing in Coweta County.

9. Defendant RPM is a foreign corporation. RPM is a resident of Canada, with its principal place of business in Melbourne, Quebec.

10. The amount in controversy in this action exceeds the value of $75,000, exclusive of interest and costs. Plaintiff Adam Howell and on behalf of his minor son, Greyson Howell, both allege this incident caused serious and permanent injuries. Plaintiffs seek damages for their alleged injuries, losses, and damages, including but not limited to past and future economic damages, past and future pain and suffering, past and future inconvenience, emotional distress, mental anguish, and loss of enjoyment of life. Further, Plaintiff Angela Howell seeks damages for her loss of consortium claim. Prior to initiating this lawsuit, Plaintiff Adam Howell, by and through his counsel of record, set forth a settlement demand exceeding $75,000.00 in correspondence dated February 4, 2021. Further, counsel for Plaintiffs indicated Plaintiff Adam Howell incurred medical expenses of $39,301.00 and Greyson Howell incurred medical expenses of $10,201.00. These amounts provided were only medical expenses incurred to date and do not include any amounts for other past or future economic damages, pain and suffering,

emotional distress, etc.  Therefore, Defendant asserts that the amount in controversy is greater than $75,000.  28 U.S.C. § 1446(c)(2)(A).

## IV. RPM Has Satisfied the Requirements for Removal.

11. Based upon the foregoing, this action is properly removable to this Court.

12. Defendant's removal is timely under 28 U.S.C. § 1446, as it came within 30 days after the May 3, 2021, date of service set forth in the Affidavit of Service.

13. Venue is proper under 28 U.S.C. § 1441(a).  The State Court action was pending in Coweta County, Georgia, which is located within the district and division of the United States District Court for the Northern District of Georgia at Newnan.

14. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served on RPM in this matter are attached hereto as Exhibit A, along with a copy of the State Court of Coweta County's docket sheet.

15. Pursuant to 28 U.S.C. § 1446(d), contemporaneously with the filing of this Notice of Removal, a copy of this Notice will be filed with the Clerk of the State Court of Coweta County, Georgia, and served upon Plaintiffs' counsel.

16. Pursuant to Federal Rule of Civil Procedure 81(c), RPM is now required to answer or otherwise plead in response to Plaintiffs' Complaint on or before June 9, 2021.

17. By filing this Notice of Removal, RPM expressly reserves and does not waive any rights, remedies, or defenses that may be available.

WHEREFORE, this action is hereby removed from the State Court of Coweta County, Georgia, to the United States District Court for the Northern District of Georgia at Newnan, pursuant to applicable sections of the United States Code. Please take notice that no further proceedings may be had in the State Court of Coweta County, Georgia.

This 2nd day of June, 2021.

/s/ Mark E. Toth
MARK E. TOTH
Georgia Bar No. 714727
AMANDA M. MORRIS
Georgia Bar No. 141676

*Attorneys for Defendants*

Hall, Bloch, Garland & Meyer, LLP
Post Office Box 5088
Macon, Georgia 31208-5088
Telephone: (478) 745-1625
Facsimile: (478) 741-8822
marktoth@hbgm.com
amandamorris@hbgm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2021, I electronically filed the ***Notice of Removal*** by depositing a copy of same in the United States mail in a properly addressed envelope with adequate postage thereon **and** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

>Jordan M. Jewkes
>The Jewkes Firm, LLC
>P.O. Box 2593
>Peachtree City, Georgia 30269
>jordan@jewkesfirm.com
>*Attorney for Plaintiff*

This 2nd day of June, 2021.

>*/s/ Mark E. Toth*
>MARK E. TOTH