EXHIBIT A

## Case Information

# ADAM HOWELL VS KIMBERLY HOWELL

21SV0173E

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Coweta - State Court | Civil | Tort | 4/12/2021 |

Judge
SEAY VANPATTEN POULAKOS

## Parties 2

| Type | Name | Attorneys |
|---|---|---|
| DEFENDANT | KIMBERLY HOWELL | |
| PLAINTIFF | ADAM HOWELL | BRADFORD W. THOMAS |

## Events 9

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 4/12/2021 | Filing | Summons & Complaint | Civil Information Form | Civil Case Filing Form.pdf |
| 4/12/2021 | Filing | Summons & Complaint | Summons - Canada Inc. | Summons - Canada Inc..pdf |
| 4/12/2021 | Filing | Summons & Complaint | Complaint | Complaint.pdf |
| 4/13/2021 | Filing | Discovery Pending | Request for Admissions to Canada Inc. | RFA's to Canada Inc..pdf |
| 4/13/2021 | Filing | Discovery Pending | Request for Production of Documents to Canada Inc. | RPD's to Canada Inc..pdf |
| 4/13/2021 | Filing | Discovery Pending | Interrogatories to Canada Inc. | ROG's to Canada Inc..pdf |
| 4/13/2021 | Filing | Motion To Appoint Special Process Server | Motion for Appointment of Hollis Hill | Affidavit of Hollis Hill.pdf, Motion for Appointment of Process Server - Hollis .pdf |
| 4/28/2021 | Filing | Other | ORDER APPOINTING PROCESS SERVER | ORDER APPOINTING PROCESS SERVER.pdf |
| 5/5/2021 | Filing | Acknowledgment of Service | AOS - Canada Inc. | Affidavit of Service - Canada Inc..pdf |

© 2021 Tyler Technologies, Inc. | All Rights Reserved
Version: 2021.4.0.13



E-filed in Office
Clerk of State Court
4/12/2021 3:50 PM
Coweta County, GA
Sheila Echols, Clerk

## General Civil and Domestic Relations Case Filing Information Form

☐ **Superior** or ☑ **State Court of** Coweta _____ **County**

| For Clerk Use Only | |
|---|---|
| **Date Filed** 4/12/2021 | **Case Number** 21SV0173E |
| MM-DD-YYYY | |

**Plaintiff(s)**

Howell   Adam

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Howell | Kimberly | | | |

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Howell | Greyson | | | |

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**

3676111 Canada Inc., d/b/a RPM Transit

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** Bradford Thomas       **Bar Number** 704680       **Self-Represented** ☐

### Check One Case Type in One Box

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**

- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____       _____
**Case Number**                       **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

Version 1.1.18

Copy from re:SearchGA

Print Form

# IN THE STATE COURT OF COWETA COUNTY, GEORGIA

PHYSICAL ADDRESS: 72 GREENVILLE STREET, NEWNAN, GEORGIA 30263
MAILING ADDRESS: P.O. BOX 884, NEWNAN, GEORGIA 30264
TELEPHONE (770) 254-2699 * FACSIMILE (770) 252-6422

Adam Howell and Kimberly Howell,

Individually and As Natural Parents of

Greyson Howell, minor

Plaintiff

Vs.

3676111 Canada Inc., DBA RPM Transit

Jason Gonzalez - 2609 Welcome Road

Newnan, GA 30263

Defendant

21SV0173E

Case Number

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

Bradford W. Thomas - Fried Goldberg LLC

3550 Lenox Road NE, Suite 1500

Atlanta, GA 30326

answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

**SHEILA W. ECHOLS**
**CLERK OF COURT**
**State Court of Coweta County**

By: ___/s/Sheila W Echols_____    Deputy Clerk

Copy from re:SearchGA

E-filed in Office
Clerk of State Court
4/12/2021 3:50 PM
Coweta County, GA
Sheila Echols, Clerk

## IN THE STATE COURT OF COWETA COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| ADAM HOWELL and KIMBERLY HOWELL, Individually and As Natural Parents of GREYSON HOWELL, minor,<br><br>   Plaintiffs,<br><br>v<br><br>3676111 CANADA INC., d/b/a RPM TRANSIT,<br><br>   Defendants. | CIVIL ACTION<br>FILE NO.  21SV0173E |

## COMPLAINT

**COMES NOW** Plaintiffs, Adam Howell ("Adam") and Kimberly Howell ("Kimberly"), individually and as natural parents of Greyson Howell ("Greyson"), through undersigned counsel, and files their Complaint for Damages against 3676111 Canada Inc., d/b/a RPM Transit, ("Defendant RPM"), for Trial by Jury, state and allege as follows:

## PARTIES

1.

Adam, Kimberly, and Greyson, are citizens and residents of Coweta County, reside in Senoia, Georgia, and are the Plaintiffs in this matter. Kimberly Howell is the wife of Adam Howell.

2.

Defendant 3676111 Canada Inc., ("Canada") is a Canadian Company and may be served through its agent for service of process Jason Gonzalez, 2609 Welcome Road Newnan, Georgia 30263. Defendant Canada's principal place of business is located at 284 Keenan Road, Melbourne,

Page 1

Copy from re:SearchGA

PQ JOB 2B0.

## JURISDICTION AND VENUE

3.

Plaintiffs reallege and incorporate by reference each and every allegation set forth in Paragraphs 1 through 2  above as if fully set forth herein

4.

This court has personal and subject matter jurisdiction over the parties.

5.

Venue is proper in this Court as Defendant has a registered agent in Coweta County.

## FACTS

6.

Plaintiffs reallege and incorporate by reference each and every allegation set forth in Paragraphs 1 through 5 above as if fully set forth herein.

7.

On January 31, 2020, at approximately 9:58 am, Plaintiff Adam was stopped at a red light at the intersection of Broad Street and Hwy 16 in Coweta County, Georgia. Guggisberg, an employee/agent of Defendant RPM was operating a tractor trailer attempting to make a left-hand turn from Hwy 16 onto Broad Street.  As he was turning,  Guggisberg misjudged his clearance and struck Plaintiff's vehicle causing his vehicle to be pushed into another vehicle. The impact of the collision caused serious and permanent injuries to Plaintiff Adam and his son, Greyson.

8.

At the time of the crash, Guggisberg was in the course and scope of his work with

Page 2

Copy from re:SearchGA

Defendant RPM Transport.

9.

Guggisberg was an agent/ de facto employee of Defendant RPM Transport.

10.

At the time immediately prior to the collision, Defendant RPM Transport had expressly or implicitly authorized Guggisberg to act for Defendant RPM Transport.

11.

At the time of the collision, Defendant RPM Transport owned the 2019 tractor trailer driven by  Guggisberg.

12.

Guggisberg was negligent.

13.

Defendant RPM Transport was negligent.

14.

As a direct and proximate result of the collision, Adam Howell suffered injuries, losses, and damages, including but not limited to past and future economic damages, past and future pain and suffering, past and future inconvenience, emotional distress, mental anguish, and loss of enjoyment of life in an amount to be proven at trial.

15.

As a direct and proximate result of the collision, Greyson Howell suffered injuries, losses, and damages, including but not limited to past and future economic damages, past and future pain and suffering, past and future inconvenience, emotional distress, mental anguish, and loss of

Copy from re:SearchGA

enjoyment of life in an amount to be proven at trial.

16.

Defendant RPM Transport is liable for Defendant Guggisberg's actions due to the agency and/or employee/employer relationship.

### FIRST CLAIM FOR RELIEF

**Negligence – Employee/Agent Guggisberg**

17.

Plaintiffs reallege and incorporate by reference each and every allegation set forth in Paragraphs 1 through 16 above as if fully set forth herein.

18.

Guggisberg owed Plaintiffs a duty to exercise reasonable care while operating or allowing others to operate a vehicle in a manner that did not create an unreasonable risk of harm to other users of the road, and specifically to Plaintiffs, including, but not limited to, keeping a proper lookout, paying attention to surrounding traffic, keeping a safe distance from drivers in front of them, and avoiding hitting other vehicles.

19.

Guggisberg breached his duties to Plaintiffs by operating the vehicle in a negligent, careless, and reckless manner by failing to keep a proper lookout, failing to pay attention to surrounding traffic, failing maintain lane, and colliding with Plaintiff's vehicle.

20.

Guggisberg's actions, inactions, and conduct constitute negligence.

21.

Page 4

Copy from re:SearchGA

As a direct and proximate result of Defendant's negligence, Plaintiffs suffered injuries, losses, and damages, including but not limited to past and future economic damages, past and future pain and suffering, past and future inconvenience, emotional distress, mental anguish, and loss of enjoyment of life in an amount to be proven at trial.

## SECOND CLAIM FOR RELIEF

### Vicarious Liability – RPM Transport

22.

Plaintiffs reallege and incorporate by reference each and every allegation set forth in Paragraphs 1 through 21 above as if fully set forth herein.

23.

Guggisberg was an agent, servant, or employee of Defendant RPM Transport at the time of the collision set forth in this complaint.

24.

Defendant RPM Transport expressly or implicitly authorized Guggisberg to act for Defendant RPM Transport.

25.

Guggisberg was acting within the scope of his authority as an agent for Defendant RPM Transport at the time of the collision.

26.

As a direct and proximate result of Guggisberg's negligence, Plaintiffs suffered injuries, losses, and damages, including but not limited to past and future economic damages, past and future pain and suffering, past and future inconvenience, emotional distress, mental anguish, and

Page 5

Copy from re:SearchGA

loss of enjoyment of life in an amount to be proven at trial.

27.

Defendant RPM Transport is liable for Guggisberg actions due to the agency relationship.

## THIRD CLAIM FOR RELIEF

### Negligent Hiring – RPM Transport

28.

Plaintiffs reallege and incorporate by reference each and every allegation set forth in Paragraphs 1 through 27 above as if fully set forth herein.

29.

Defendant RPM Transport had a duty to employ competent individuals to work and/or transport supplies to and from its job sites.

30.

Defendant RPM Transport breached its duties when it employed  Guggisberg to transport good in interstate commerce.

31.

Defendant's actions, inactions, and conduct constitute negligence.

32.

As a direct and proximate result of Defendant's negligence, Plaintiff suffered injuries, losses, and damages, including but not limited to past and future economic damages, past and future pain and suffering, past and future inconvenience, emotional distress, mental anguish, and loss of enjoyment of life in an amount to be proven at trial.

## FOURTH CLAIM FOR RELIEF

Page 6

Copy from re:SearchGA

## Negligent Entrustment –  Guggisberg

33.

Plaintiffs reallege and incorporate by reference each and every allegation set forth in Paragraphs 1 through 32 above as if fully set forth herein.

34.

Defendant RPM Transport is the owner of the 2019 Tractor Trailer involved in the collision at issue in this complaint.

35.

Defendant RPM Transport expressly or implicitly authorized  Guggisberg to operate the subject vehicle on January 31, 2020.

36.

Defendant breached his duties to Plaintiff by operating his vehicle in a negligent, careless, and reckless manner by failing to keep a proper lookout, failing to pay attention to surrounding traffic, failing to yield, and colliding with Plaintiff's vehicle.

37.

Defendant's actions, inactions, and conduct constitute negligence.

38.

As a direct and proximate result of Defendant's negligence, Plaintiff suffered injuries, losses, and damages, including but not limited to past and future economic damages, past and future pain and suffering, past and future inconvenience, emotional distress, mental anguish, and loss of enjoyment of life in an amount to be proven at trial.

Page 7

Copy from re:SearchGA

## FIFTH CLAIM FOR RELIEF

### Loss of Consortium

39.

Plaintiffs reallege and incorporate by reference each and every allegation set forth in Paragraphs 1 through 38 above as if fully set forth herein.

40.

Plaintiff Kimberly Howell is, and was at all times relevant to this action, the legal spouse of Plaintiff Adam Howell.

41.

As a direct result of Defendants' negligence and liability, Plaintiff Kimberly Howell suffered a loss of consortium with her husband, Plaintiff Kimberly Howell, including but not limited to the deprivation of her conjugal fellowship with her husband and the deprivation of her exclusive right to the services, company, cooperation, society, and companionship of her husband.

42.

Plaintiff Kimberly is entitled to recover monetary damages from Defendants for her loss of consortium in an amount to be determined by the enlightened conscience of the jury at the trial of this matter.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for Judgment against Defendant and for relief as follows:

a.   A trial by jury;

b.   That Summons and Process issue and that the named Defendants be served with a copy of this Complaint and that Defendants be required to appear and answer;

Page 8

Copy from re:SearchGA

c.  Economic damages against Defendants, including but not limited to, past and future medical expenses and out of pocket expenses, lost income, and loss of earning capacity, in an amount to be proven at trial;

d.  Non-economic damages, including but not limited to, pain and suffering, loss of enjoyment of life, inconvenience, mental anguish, emotional distress, and loss of consortium in an amount to be proven at trial;

e.  All other compensatory damages caused by Defendants' actions, to be proven at trial;

f.  That Defendants be charged with all Court costs attributable to this action and such other costs reasonably incurred in the prosecution and trial of this case;

g.  Pre-judgment and post-judgment interest as provided for by law;

h.  For such other and further relief as may be shown by the evidence and the law, and as this Court may deem just and proper.

Respectfully submitted this 12th day of April 2021.

**FRIED GOLDBERG LLC**

By: _____
    Brad W. Thomas
    Georgia State Bar Number 704680

3550 Lenox Road NE Suite 1500
Atlanta, Georgia 30326
Telephone:    (404) 591-1800
Facsimile:    (404) 591-1801
brad@friedgoldberg.com

Page 9

Copy from re:SearchGA

THE JEWKES FIRM, LLC

By: */s/ Jordan M. Jewkes*
    Jordan M. Jewkes
    Georgia State Bar Number 940491

PO Box 2593
Peachtree City, GA 30269
Telephone:    (770) 771-5130
Facsimile:    (478) 202-7603
jordan@jewkesfirm.com

*Attorneys for Plaintiffs*

Page 10

Copy from re:SearchGA

E-filed in Office
Clerk of State Court
4/13/2021 10:28 AM
Coweta County, GA
Sheila Echols, Clerk

## IN THE STATE COURT OF COWETA COUNTY
## STATE OF GEORGIA

ADAM HOWELL and KIMBERLY HOWELL,
Individually and As Natural Parents of
GREYSON HOWELL, minor,

     Plaintiffs,

v

3676111 CANADA INC., d/b/a RPM
TRANSIT,

     Defendants.

CIVIL ACTION
FILE NO.

### PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT 3676111 CANADA INC., D/B/A RPM TRANSIT

COMES NOW, Adam Howell and Kimberly Howell, Individually and As Natural Parents of Greyson Howell, minor, Plaintiffs in the above-captioned lawsuit and pursuant to O.C.G.A. § 9-11-36 hereby propounds the following Requests for Admission to Defendant 3676111 CANADA INC., D/B/A RPM TRANSIT ("RPM") for response within forty-five days from the date of service.

### DEFINITIONS

As used herein, the terms listed below are defined as follows:

1. "**Subject Collision**" means the collision that is the subject of this lawsuit that occurred on Broad Street in Coweta County, Georgia on January 31, 2020 involving Defendant RPM Transit, Patrick Guggisberg, and Plaintiffs.

2. "**You**," "**Your**," or "**RPM**" means Defendant 3676111 Canada Inc., d/b/a RPM Transit and includes its agents, representatives, attorneys, and anyone who, at the relevant times, was acting or purporting to act for it or on its behalf.

3.  "**Guggisberg**" means RPM Transit's driver, Patrick Guggisberg.

4.  The "**Tractor-Trailer**" means the tractor-trailer being operated by Patrick Guggisberg at the time of the Subject Collision.

5.  "**Plaintiffs**" means Plaintiff Adam Howell, Kimberly Howell, or Greyson Howell.

**REQUESTS FOR ADMISSION**

1.

Plaintiff was a member of the public at the time of the Subject Collision on January 31, 2020.

2.

Patrick Guggisberg was an employee of RPM at the time of the subject collision.

3.

Patrick Guggisberg was acting within the scope of his employment with RPM at the time of the subject collision.

4.

The Subject Collision occurred due to the negligence of Patrick Guggisberg.

This 12th day of April 2021

SERVED WITH COMPLAINT

FRIED GOLDBERG LLC

BRAD W. THOMAS
Georgia Bar No. 704680

2

THREE ALLIANCE CENTER
3550 LENOX ROAD, N.E., SUITE 1500
ATLANTA, GEORGIA 30326
TELEPHONE:     404-591-1800
FACSIMILE:     404-591-1801
E-MAIL:        BRAD@FRIEDGOLDBERG.COM

THE JEWKES FIRM LLC


_ /s/ Jordan M. Jewkes_____
JORDAN M. JEWKES
Georgia Bar No. 940491

1155 SENOIA ROAD
SUITE 202
TYRONE, GEORGIA 30290
TELEPHONE:     770-771-5130
FACSIMILE:     428-202-7603
E-MAIL:        JORDAN@JEWKESFIRM.COM

*ATTORNEYS FOR PLAINTIFFS*

E-filed in Office
Clerk of State Court
4/13/2021 10:28 AM
Coweta County, GA
Sheila Echols, Clerk

## IN THE STATE COURT OF COWETA COUNTY
### STATE OF GEORGIA

ADAM HOWELL and KIMBERLY HOWELL,
Individually and As Natural Parents of
GREYSON HOWELL, minor,

               Plaintiffs,

v

3676111 CANADA INC., d/b/a RPM TRANSIT,

               Defendants.

**JURY TRIAL DEMANDED**

CIVIL ACTION
FILE NO.

### PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT 3676111 CANADA INC., D/B/A RPM TRANSIT

COMES NOW, Adam Howell and Kimberly Howell, Individually and As Natural Parents of Greyson Howell, minor, Plaintiffs in the above-captioned lawsuit and pursuant to O.C.G.A. § 9-11-34 hereby propounds the following Requests for Production of Documents to Defendant 3676111 CANADA INC., D/B/A RPM TRANSIT ("RPM") for response within forty-five days from the date of service.

### DEFINITIONS

As used herein, the terms listed below are defined as follows:

1. The term "**Document**" as used herein shall be given a very broad definition to include every type of paper, writing, data, record, graphic, drawing, photograph, audio recording and video recording. The term includes material in all forms, including printed, written, recorded, or other. The term includes all files, records and data contained in any computer system, computer component and/or computer storage (e.g., hard drive, disc, magnetic tape, backup system, etc.). This term includes, but is not limited to, correspondence, reports, meeting minutes,

memoranda, stenographic or handwritten notes, diaries, notebooks, account books, orders, invoices, statements, bills, checks, vouchers, purchase orders, studies, surveys, charts, maps, analyses, publications, books, pamphlets, periodicals, catalogues, brochures, schedules, circulars, bulletins, notices, instructions, manuals, journals, e-mails, e-mail attachments, data sheets, work sheets, statistical compilations, data processing cards, microfilms, computer records (including printouts, disks or other magnetic storage media), tapes, photographs (positive or negative prints), drawings, films, videotapes, hard drive recordings, pictures, and voice recordings. Plaintiff expressly intends for the term "Document" to include every copy of such writing, etc. when such copy contains any commentary or notation whatsoever that does not appear on the original and any attachments or exhibits to the requested document or any other documents referred to in the requested document or incorporated by reference.

2. "**Person**" means any natural person, corporation, partnership, proprietorship, association, organization, group of persons, or any governmental body or subdivision thereof.

3. "**Subject Collision**" means the collision that is the subject of this lawsuit that occurred on Broad Street in Coweta County, Georgia on January 31, 2020 involving Defendant RPM Transit, Patrick Guggisberg, and Plaintiffs.

4. "**You**," "**Your**," or "**RPM**" means Defendant 3676111 Canada Inc., d/b/a RPM Transit and includes its agents, representatives, attorneys, and anyone who, at the relevant times, was acting or purporting to act for it or on its behalf.

5. "**Guggisberg**" means RPM Transit's driver, Patrick Guggisberg.

6. The "**Tractor-Trailer**" means the tractor-trailer being operated by Defendant Patrick Guggisberg at the time of the Subject Collision.

7. "**Plaintiffs**" means Plaintiff Adam Howell, Kimberly Howell, or Greyson Howell.

2

## DOCUMENT REQUESTS

### GENERAL

**REQUEST NO. 1:**   A copy of any statements you obtained from Guggisberg regarding the subject collision.

**REQUEST NO. 2:**   A copy of any other statements obtained by you from anyone regarding the subject collision.

**REQUEST NO. 3:**   A digital file or color copy of any photographs you took or obtained related to the subject collision including but not limited to those photographs depicting the scene of the subject collision, the vehicles involved in the subject collision, and the individuals involved in the subject collision.

**REQUEST NO. 4:**   A copy of all documents reflecting RPM's investigation into Guggisberg's driving and safety record.

**REQUEST NO. 5:**   A copy of the entire underwriting file issued to RPM.

This 12th day of April 2021

SERVED WITH COMPLAINT

FRIED GOLDBERG LLC

_____

**BRAD W. THOMAS**
Georgia Bar No. 704680

THREE ALLIANCE CENTER
3550 LENOX ROAD, N.E., SUITE 1500
ATLANTA, GEORGIA 30326
TELEPHONE:    404-591-1800
FACSIMILE:    404-591-1801
E-MAIL:    BRAD@FRIEDGOLDBERG.COM

3

THE JEWKES FIRM LLC

_/s/ Jordan M. Jewkes_
**JORDAN M. JEWKES**
Georgia Bar No. 940491

1155 SENOIA ROAD
SUITE 202
TYRONE, GEORGIA 30290
TELEPHONE:     770-771-5130
FACSIMILE:     428-202-7603
E-MAIL:     JORDAN@JEWKESFIRM.COM

*ATTORNEYS FOR PLAINTIFFS*

4

E-filed in Office
Clerk of State Court
4/13/2021 10:28 AM
Coweta County, GA
Sheila Echols, Clerk

### IN THE STATE COURT OF COWETA COUNTY
### STATE OF GEORGIA

ADAM HOWELL and KIMBERLY HOWELL,
Individually and As Natural Parents of
GREYSON HOWELL, minor,

      Plaintiffs,

v

3676111 CANADA INC., d/b/a RPM
TRANSIT,

      Defendants.

CIVIL ACTION
FILE NO.

### PLAINTIFFS' FIRST INTERROGATORIES TO DEFENDANT
### 3676111 CANADA INC., D/B/A RPM TRANSIT

COMES NOW, Willajoya Hicks, Plaintiff in the above-captioned lawsuit and pursuant to

O.C.G.A. § 9-11-33 hereby propounds the following Interrogatories to Defendant 3676111

Canada Inc., d/b/a RPM Transit ("RPM") for response within forty-five days from the date of

service.

### DEFINITIONS

As used herein, the terms listed below are defined as follows:

1. The term "**Document**" as used herein shall be given a very broad definition to include

every type of paper, writing, data, record, graphic, drawing, photograph, audio recording and

video recording. The term includes material in all forms, including printed, written, recorded, or

other. The term includes all files, records and data contained in any computer system, computer

component and/or computer storage (e.g., hard drive, disc, magnetic tape, backup system,

etc.). This term includes, but is not limited to, correspondence, reports, meeting minutes,

memoranda, stenographic or handwritten notes, diaries, notebooks, account books, orders,

invoices, statements, bills, checks, vouchers, purchase orders, studies, surveys, charts, maps, analyses, publications, books, pamphlets, periodicals, catalogues, brochures, schedules, circulars, bulletins, notices, instructions, manuals, journals, e-mails, e-mail attachments, data sheets, work sheets, statistical compilations, data processing cards, microfilms, computer records (including printouts, disks or other magnetic storage media), tapes, photographs (positive or negative prints), drawings, films, videotapes, hard drive recordings, pictures, and voice recordings. Plaintiff expressly intends for the term "Document" to include every copy of such writing, etc. when such copy contains any commentary or notation whatsoever that does not appear on the original and any attachments or exhibits to the requested document or any other documents referred to in the requested document or incorporated by reference.

2.  "**Person**" means any natural person, corporation, partnership, proprietorship, association, organization, group of persons, or any governmental body or subdivision thereof.

3.  (a)  "**Identify**" with respect to any "**person**" or any reference to stating the "**identity**" of any "**person**" means to provide the name, home address, telephone number, business name, business address, and business telephone number of such person, and a description of each such person's connection with the events in question.

(b)  "**Identify**" with respect to any "**document**" or any reference to stating the "**identification**" of any "**document**" means to provide the title and date of each such document, the name and address of the party or parties responsible for the preparation of each such document, the name and address of the party who requested or required the preparation of the document or on whose behalf it was prepared, the name and address of the recipient or recipients of each such document, and the names and addresses of any and all persons who have custody or control of each such document, or copies thereof.

2

4.  "**Subject Collision**" means the collision that is the subject of this lawsuit that occurred on Broad Street in Coweta County, Georgia on January 31, 2020 involving Defendant RPM Transit, Patrick Guggisberg, and Plaintiffs.

5.  "**You**," "**Your**," or "**RPM**" means Defendant 3676111 Canada Inc., d/b/a RPM Transit and includes its agents, representatives, attorneys, and anyone who, at the relevant times, was acting or purporting to act for it or on its behalf.

6.  "**Guggisberg**" means RPM Transit's driver, Patrick Guggisberg.

7.  The "**Tractor-Trailer**" means the tractor-trailer being operated by Patrick Guggisberg at the time of the Subject Collision.

8.  "**Plaintiffs**" means Plaintiff Adam Howell, Kimberly Howell, or Greyson Howell.

9.  "**Similar**" shall have the meaning given in the American Heritage Dictionary, which is "showing some resemblance; related in appearance or nature; alike but not identical." As used here, the word "similar" shall not be limited as if modified by the word "substantially" and shall not mean "the same". If you limit the information provided because you use another interpretation of the word "similar," please state the interpretation you are using and reveal the nature of the information withheld.

10.  The terms "**and**" as well as "**or**" shall be each construed conjunctively and disjunctively as necessary to bring within the scope of each interrogatory and request for documents all information and documents that might otherwise be construed to be outside its scope. The term "**and/or**" shall be construed likewise.

11.  Whenever necessary to bring within the scope of an interrogatory or request for production of documents any information or document that might otherwise be construed to be outside its scope: (i) the use of a verb in any tense shall be construed as the use of the verb in all

3

other tenses; (ii) the use of the singular shall be construed as the use of the plural and vice versa; and (iii) "**any**" includes "all," and "**all**" includes "any."

12.   With regard to any term used herein that is deemed by the responding party as being ambiguous or vague, a term shall be construed in its broadest sense to encompass all reasonable definitions of that term.

## INTERROGATORIES

### RPM INFORMATION

1.

If you contend that Plaintiffs have sued the wrong party or that your name is incorrectly stated in this lawsuit, please explain the basis for your contention and identify the correct legal entity for the correct party in interest to this suit.

2.

Identify the following people: (a) The Safety Director/Chief Safety Officer for RPM on the date of the Subject Collision and now; and (b) The person(s) primarily responsible for compliance with state and federal safety regulations at RPM on the date of the Subject Collision and now.

### INSURANCE

3.

For each insurance policy of any kind that does or may provide any coverage on behalf of any Defendant (whether it is your policy or anyone else's policy) for the damages/injuries alleged in this case, provide: name of insurer; policy number; limits of coverage; the name(s) of all insureds; and state whether any insurer has offered a defense under a reservation of rights or otherwise contested coverage for the subject case.

4

### INVESTIGATION OF SUBJECT COLLISION

4.

Describe in detail when and how you first became aware that Guggisberg was involved in the Subject Collision including in your answer the identity of all persons involved in the investigation of the Subject Collision, their role and position and what information was conveyed.

5.

Explain your understanding of how and why the Subject Collision occurred including in your answer specific details and the proper sequence of events, whether you maintain that any non-party has any responsibility of any kind for causing the Subject Collision and/or the damages alleged in the Complaint and a detailed description of your basis for your position including the identity of all person(s) who have any knowledge regarding this issue.

6.

Identify all person(s) who you to your knowledge have or may have any relevant information regarding: the Subject Collision; the facts leading up to the Subject Collision; the investigation of the Subject Collision; any party to this action; any vehicles involved in the Subject Collision; and/or any claims or defenses raised in this action.  The purpose of this Interrogatory is to identify all witnesses whom RPM believes may have relevant testimony of any kind in connection with this case.

7.

If you maintain that Plaintiff or anyone else has any responsibility of any kind for causing the Subject Collision, and/or for causing any of the damages alleged in the Complaint, describe in detail the basis for their responsibility and identify all person(s) who have any knowledge

regarding this issue.

8.

If RPM performed an accident review or incident review of any kind with respect to the Subject Incident, identify all person(s) involved, all documents and information reviewed, and all determinations made, or conclusions reached.

## VEHICLE DATA

9.

(a)   Identify all systems and devices in or on the Tractor-Trailer that have the capability of monitoring, capturing, recording and/or transmitting any video, data and/or communications of any kind. (this includes, without limitation, any engine control module (ECM), event data recorder (EDR/CDR), airbag control module (ACM), Sensing Diagnostic Module (SDM), drive train or transmission control unit, brake control module, power steering unit, electronic onboard recorder (EOBR) Electronic Logging Device (ELD), Collision Avoidance System (CAS), Telematics system, Critical Event Reporting System, Lane Departure System, Dash Cam (or other video devices), GPS system, truck or trailer tracking system, system that allows communication between drivers and dispatchers, etc.), state whether or not that data has been preserved and/or downloaded, and if so, when and by whom.

(b)   With respect to each system identified, explain what video, data and/or communications the system is capable of monitoring, capturing, recording and/or transmitting.

6

(c)    With respect to each system identified, explain what video, data and/or communications have been downloaded and/or preserved in connection with the Subject Collision.

(d)    With respect to each system identified, explain what video, data and/or communications have NOT been downloaded and/or preserved in connection with the Subject Incident and explain why not and explain whether it is still possible to obtain this material.

## TRIP INFORMATION

10.

With respect to the stops/deliveries that Guggisberg was scheduled to make within the 24 hours before the subject collision, please identify: the name and address of all stop/delivery location(s); what was to be delivered; and the time the load was to be delivered.

11.

If RPM performs audits on drivers' hours of service, explain what is entailed in the auditing process including but not limited to identifying all documents and data that is used, the person(s) who performs the audit, whether Guggisberg's logs were audited and all HOS violations of which you were aware for Guggisberg while he was working with your company.

## DRIVER INFORMATION

12.

Explain the relationship between RPM and Guggisberg at the time of the Subject Collision including his employment status (e.g., leased driver, company driver, etc.), how he was compensated for driving (e.g., by the hour, by the load, by the mile, salary or other) and when the relationship began and ended.

7

13.

Identify all persons who were involved in the following and for each person identified, explain their role and involvement:

    a.   Hiring and driver qualification of Guggisberg

    b.   Driver orientation and training of Guggisberg

    c.   Supervision of Guggisberg on the date of the Subject Collision

    d.   Discipline of Guggisberg (including termination if applicable)

14.

Explain all steps RPM undertook to determine if Guggisberg was qualified to operate vehicles including commercial motor vehicles as part of his employment with RPM (this includes at the time he was hired and throughout his relationship with RPM).

15.

If you maintain that Guggisberg was not acting within the course and scope of his employment or agency at the time of the Subject Collision, explain the basis for your contention and identify documents and witnesses that support your contention.

16.

Identify and describe all formal and informal disciplinary and/or counseling actions undertaken by RPM regarding Guggisberg at any time.

17.

Describe in detail all training and education (including on the job training) provided by or on behalf of RPM to Guggisberg at any time and in any way related to the operation of a commercial motor vehicle.

18.

8

Identify all traffic violations committed by Guggisberg of which you are aware.

19.

For each motor vehicle accident involving Guggisberg of which you are aware, provide the accident date, location, jurisdiction, names of other parties involved and a brief description of what happened. "Accident" herein means any unintentional contact between a vehicle being operated by Guggisberg and any other vehicle, object, or person.

20.

If Guggisberg has ever been disqualified from driving a commercial motor vehicle while in your employ, please describe when and under what circumstances.

21.

Identify and explain all communications of any kind between Guggisberg and anyone acting for or on behalf of RPM during the twenty-four (24) hours before and after the Subject Collision. For each communication, identify the method of communication (cell phone, QualComm, other), time of communication, persons involved, and the general subject.

## REGULATIONS AND POLICIES

22.

If you maintain that the Federal Motor Carrier Safety Regulations as adopted by the State of Georgia did not apply to Guggisberg at the time of the Subject Collision, explain the basis for your contention and identify all facts, witnesses, and documents that support your contention.

23.

Identify all RPM policies, procedures, rules, guidelines, directives, manuals, handbooks, and instructions that were in effect for Guggisberg at the time of the Subject Collision.

24.

Identify all RPM policies, procedures, rules, guidelines, directives, manuals, handbooks and instructions and training applicable to Guggisberg regarding driving, defensive driving, hazard perception and reaction, visual search, driver distraction and use of cell phones.

## MISCELLANEOUS

25.

Identify each person you may use at trial to present expert testimony. For each such person, please provide a summary of each opinion the expert holds in regards to this case, the factual basis for each such opinion, a list of all documents and evidence of any kind provided to the expert for review and a list of all documents and evidence of any kind that support each opinion.

This 12th day of April 2021

SERVED WITH COMPLAINT

FRIED GOLDBERG LLC

_____

BRAD W. THOMAS
Georgia Bar No. 704680

THREE ALLIANCE CENTER
3550 LENOX ROAD, N.E., SUITE 1500
ATLANTA, GEORGIA 30326
TELEPHONE:     404-591-1800
FACSIMILE:     404-591-1801
E-MAIL:        BRAD@FRIEDGOLDBERG.COM

THE JEWKES FIRM LLC

_/s/ Jordan M. Jewkes_
JORDAN M. JEWKES
Georgia Bar No. 940491

1155 SENOIA ROAD
SUITE 202
TYRONE, GEORGIA 30290
TELEPHONE:     770-771-5130
FACSIMILE:     428-202-7603
E-MAIL:     JORDAN@JEWKESFIRM.COM

*ATTORNEYS FOR PLAINTIFFS*

11

**IN THE STATE COURT OF COWETA COUNTY**
**STATE OF GEORGIA**

ADAM HOWELL and KIMBERLY HOWELL,
Individually and As Natural Parents of
GREYSON HOWELL, minor,

       Plaintiffs,

v

3676111 CANADA INC., d/b/a RPM
TRANSIT,

       Defendants.

CIVIL ACTION
FILE NO. 21SV0173E

## AFFIDAVIT OF HOLLIS HILL

**BEFORE THE UNDERSIGNED** official duly authorized by law to administer oaths,

came, Hollis Hill, who, after being duly sworn, deposes and states as follows:

My name is Hollis Hill.  I am over twenty-one years of age and suffer no disability that

would affect the veracity of this Affidavit.  References herein to this "suit" or "litigation" pertain

to the above-captioned lawsuit.

1.

I am a citizen of the United States of America.

2.

I am not a party to this suit, nor am I a relative to any party to this suit.

3.

I am not the attorney of any of the parties to this suit.

4.

I have no financial interest to this litigation.

1

5.

I am wholly disinterested in this litigation.

**FURTHER AFFIANT SAYETH NAUGHT.**

This _13th_ day of April 2021.

_____

**HOLLIS J. HILL**
Certified Process Server: CPS#195

_____
Signature of Notary Public - State of Georgia

_____
Print, type or stamp commissioned name of Notary Public
Personally known to me _____ OR Produced Identification _____

_____

Type of Identification Produced



Copy from re:SearchGA



State of Georgia

## ADMINISTRATIVE OFFICE OF THE COURTS
### Georgia Certified Process Server Program

Certificate of Completion to

# Hollis  Jerome Hill

In recognition of successfully passing the

# Georgia Certification Examination

This 15th day of August, 2014

*Marla S. Moore*

Marla S. Moore, Director

08131419651035

Copy from re:SearchGA



# AcademyGPPS

## 2020 Georgia Certified Process Server
## Continuing Education - 5 Hours

## CERTIFICATE OF COMPLETION

of the Georgia Judicial Council/Administrative Office of the Courts accredited course of
study cited above, presented and administered by AcademyGPPS,  and completed on

### October 14, 2020

*To*

## *Hollis J. Hill*

### *GA Certified Process Server #CPS195*

*Madeline Anne Lane, CEO and GA Certified Process Server #CPS240*

www.academygpps.com      404-702-4437     contact@academygpps.com

Copy from re:SearchGA

## Georgia Certified Process Server



Hollis Hill

Cert. Date  06-24-2020

Exp. Date  06-24-2023

ID #   CPS195

**NON LAW ENFORCEMENT**

Copy from re:SearchGA

E-filed in Office
Clerk of State Court
4/13/2021 1:34 PM
Coweta County, GA
Sheila Echols, Clerk

**IN THE STATE COURT OF COWETA COUNTY**
**STATE OF GEORGIA**

ADAM HOWELL and KIMBERLY HOWELL,
Individually and As Natural Parents of
GREYSON HOWELL, minor,

     Plaintiffs,

v

3676111 CANADA INC., d/b/a RPM
TRANSIT,

     Defendants.

CIVIL ACTION
FILE NO. 21SV0173E

**MOTION FOR APPOINTMENT OF HOLLIS HILL**
**AS A PERSON AUTHORIZED TO SERVE PROCESS UPON DEFENDANT**

COMES NOW Plaintiff in the above-captioned lawsuit who, pursuant to O.C.G.A. § 9-11-4(c), hereby requests this Court appoint Hollis Hill, CPS#195, with RMG Services, LLC as a person authorized to obtain service of process on 3676111 Canada Inc., d/b/a RPM Transit.

Plaintiff has filed with this Court a Complaint. The Complaint was filed on April 12, 2021.

The Plaintiff shows that Hollis Hill is of the age of majority and is not an employee of Plaintiff's counsel or of Plaintiff. Hollis Hill is a citizen of the United States. Service of process will be accomplished in a lawful manner and a Return of Service will be filed with the Court.

WHEREFORE, Plaintiff requests that this Court enter an Order allowing service of process to be obtained by service upon said Defendants by Hollis Hill.

This 13th day of April 2021

Copy from re:SearchGA

Respectfully Submitted,


**FRIED GOLDBERG, LLC**


**BRAD W. THOMAS**
Georgia Bar No. 704680

3550 Lenox Road NE Suite 1500
Atlanta, Georgia 30326
(404) 591-1800
Fax: (404) 591-1801
Email:  brad@friedgoldberg.com

Copy from re:SearchGA

**IN THE STATE COURT OF COWETA COUNTY**
**STATE OF GEORGIA**

ADAM HOWELL and KIMBERLY HOWELL,
Individually and As Natural Parents of
GREYSON HOWELL, minor,

      Plaintiffs,

v

3676111 CANADA INC., d/b/a RPM
TRANSIT,

      Defendants.

CIVIL ACTION
FILE NO. 21SV0173E

**<u>ORDER</u>**

    Upon Motion of the Plaintiff to appoint Hollis J. Hill, CPS#195, with RMG Services,

LLC as a person authorized to obtain service of process on 3676111 Canada Inc.,  d/b/a RPM

Transit, this Court for good cause shown, hereby grants said Motion and appoints Hollis J. Hill

as a person authorized to obtain service upon said Defendant.

    SO ORDERED this _____ day of _____, 2021.

_____
Judge, State Court of Coweta County

Copy from re:SearchGA

E-filed in Office
Clerk of State Court
4/28/2021 2:34 PM
Coweta County, GA
Sheila Echols, Clerk

## IN THE STATE COURT OF COWETA COUNTY
## STATE OF GEORGIA

ADAM HOWELL and KIMBERLY HOWELL,
Individually and As Natural Parents of
GREYSON HOWELL, minor,

     Plaintiffs,

v

3676111 CANADA INC., d/b/a RPM
TRANSIT,

     Defendants.

CIVIL ACTION
FILE NO. 21SV0173E

### ORDER

Upon Motion of the Plaintiff to appoint Hollis J. Hill, CPS#195, with RMG Services,

LLC as a person authorized to obtain service of process on 3676111 Canada Inc.,  d/b/a RPM

Transit, this Court for good cause shown, hereby grants said Motion and appoints Hollis J. Hill

as a person authorized to obtain service upon said Defendant.

SO ORDERED this 28th day of April, 2021.

Judge, State Court of Coweta County

Seay VanPatten Poulakos
Coweta County State Court Judge

Copy from re:SearchGA

AFFIDAVIT OF SERVICE

E-filed in Office
Clerk of State Court
5/5/2021 11:17 AM
Coweta County, GA
Sheila Echols, Clerk

| Case:<br>21SV0173E | Court:<br>IN THE STATE COURT OF COWETA COUNTY | County:<br>COWETA | Job:<br>5627644 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>ADAM HOWELL and KIMBERLY HOWELL, Individually and As<br>Natural Parents of GREYSON HOWELL, minor | | Defendant / Respondent:<br>3676111 CANADA INC., d/b/a RPM TRANSIT | |
| Received by:<br>RMG - SERVICES, LLC | | For:<br>FRIED GOLDBERG LLC | |
| To be served upon:<br>3676111 CANADA INC., d/b/a RPM TRANSIT | | | |

I, HOLLIS HILL, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   3676111 CANADA INC., d/b/a RPM TRANSIT, c/o Jason Gonzalez by leaving a copy with Jelson Gonzalez (Father and Co-resident) who stated he was authorized to accept on behalf of Jason Gonzalez, Home: 2609 Welcome Road, Newnan, GA 30263

**Manner of Service:**   Substitute Service - Abode, May 3, 2021, 2:27 pm EDT

**Documents:**   SUMMONS; COMPLAINT; PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT 3676111 CANADA INC., D/B/A RPM TRANSIT; PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT 3676111 CANADA INC., D/B/A RPM TRANSIT; PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT 3676111 CANADA INC., D/B/A RPM TRANSIT; and ORDER

**Additional Comments:**
1) Successful Attempt: May 3, 2021, 2:27 pm EDT at Home: 2609 Welcome Road, Newnan, GA 30263 received by 3676111 CANADA INC., d/b/a RPM TRANSIT, c/o Jason Gonzalez by leaving a copy with Jelson Gonzalez (Father and Co-resident) who stated he was authorized to accept on behalf of Jason Gonzalez. Age: 55+; Ethnicity: Hispanic; Gender: Male; Weight: 225; Height: 5'11"; Hair: Black;

Subscribed and sworn to before me by the affiant who is
personally known to me.

HOLLIS HILL                         5/4/2021
Certified Process Server # CPS195      Date

Notary Public

5/4/2021            6/4/2021
Date              Commission Expires

RMG - SERVICES, LLC
P.O. Box 82967
Conyers, GA 30013
770-601-4250

JASON DONALD
NOTARY
PUBLIC
Exp. June 4, 2021
ROCKDALE COUNTY, GA

Copy from re:SearchGA

E-filed in Office
Clerk of State Court
4/28/2021 2:34 PM
Coweta County, GA
Sheila Echols, Clerk

## IN THE STATE COURT OF COWETA COUNTY
## STATE OF GEORGIA

ADAM HOWELL and KIMBERLY HOWELL,
Individually and As Natural Parents of
GREYSON HOWELL, minor,

      Plaintiffs,

v

3676111 CANADA INC., d/b/a RPM
TRANSIT,

      Defendants.

CIVIL ACTION
FILE NO. 21SV0173E

FILED IN OFFICE
2021 APR 28 PM 2:34
COWETA COUNTY, GA
SHEILA W ECHOLS, CLERK

## **ORDER**

Upon Motion of the Plaintiff to appoint Hollis J. Hill, CPS#195, with RMG Services, LLC as a person authorized to obtain service of process on 3676111 Canada Inc., d/b/a RPM Transit, this Court for good cause shown, hereby grants said Motion and appoints Hollis J. Hill as a person authorized to obtain service upon said Defendant.

SO ORDERED this 28th day of April, 2021.

_____
Judge, State Court of Coweta County

Seay VanPatten Poulakos
Coweta County State Court Judge

Copy from re:SearchGA